Ian Brent White   G-0734   #0110786
Name

Hutchinson Correctional Facility

P.O. box 1568 Hutchinson, KS 67504-1568
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Ian Brent White G-0734, Plaintiff
(Full Name)

V.

The State of Kansas, Defendant(s)

CASE NO. 23-3034-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Ian Brent White G-0734, is a citizen of Kansas
   (Plaintiff)                                  (State)

who presently resides at P.O. box 1568 Hutchinson, KS 67504-1568
                         (Mailing address or place
Hutchinson Correctional Facility.
of confinement.)

2) Defendant THE STATE of Kansas is a citizen of
   (Name of first defendant)

Arkansas City, Kansas & Winfield, Kansas, and is employed as
   (City, State)

Cowley County District Court. At the time the
(Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

It is The District Court & The Cowley County Jail

XE-2 8/82                 CIVIL RIGHTS COMPLAINT §1983                              1

2

3) Defendant __Cowley County Jail__ is a citizen of
(Name of second defendant)

__Winfield, Kansas__, and is employed as
(City, state)

__County Jail__. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

__Well They acted like using there money machine & housing me past my speedy trail was protocal__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

__I'm surrposed to be sentenced under House Bill 2120 also House Bill 2170. Also violation of speedy Trial rights & Due process of currancy exchange with Theft of priestly value The had been used.__

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983

2

3

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: <u>Due process: Violation of Speedy Trail</u>

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

<u>I spent over 570 days wait to go to trail</u>
<u>05/08/19 – 04/13/20   12/27/21 – 08/11/22</u>
<u>which is way past my speedy trail rights</u>

B) (1) Count II: <u>Due process Violation of House bill 2120 &</u>
<u>Violation of House bill 2170</u>

(2) Supporting Facts: <u>I have a disablity that puts me under</u>
<u>House bill 2120 & I am suppossed to be sentanced under</u>
<u>Housebill 2170 That states something like you do your</u>
<u>underline sentenced you don't Have to do post redease.</u>

C) (1) Count III: <u>Due process; Theft of priestly value &</u> <u>Failure to give currency exchange of a custom mint</u> <u>proof error bill</u>

(2) Supporting Facts: <u>I ~~take~~ had a custom mint proof error</u> <u>bill of $20.00 usd taken which is representation by</u> <u>misrepresentation it was worth well over $20.00 usd</u>

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [✓] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I tryed Verbal & I tried Filing a motion in Cowley County district Court havent heard anything. They acted liked I didn't know what I was Talking about Speedy trail Housebill 2170 & 2170

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Releaced from Currant imprisonment. Compensated with money For time & money stolen. record Expunged & Sealed

_____     _____
Signature of Attorney (if any)            Signature of Plaintiff

_____
(Attorney's full address and telephone number)

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                5

6